# Court of Appeals
# of the State of Georgia

ATLANTA,___April 26, 2012___

*The Court of Appeals hereby passes the following order:*

**A12I0192.  STATE ELECTION BOARD v. DEBRA BROWN.**

The State Election Board sued Debra Brown to enforce an administrative order directing her to pay a civil penalty for violations of state election law.  Brown filed a counterclaim, which the Board moved to dismiss.  The trial court denied the motion to dismiss, and the Board then filed this application for interlocutory appeal.  Two days later, Brown voluntarily dismissed her counterclaim.  Therefore, this application is hereby DISMISSED as MOOT.  See *Carlock v. Kmart Corp.*, 227 Ga. App. 356, 361 (3) (a) (489 SE2d 99) (1997) (a matter is moot when the issues have ceased to exist).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/26/2012___
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*